UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
QUANTUM CORPORATE FUNDING, LTD.,

          Plaintiff,

    -against-                                     08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD
INCORPORATED, et al.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The temporary restraining order previously entered herein (DI 3) is extended to and including February 15 on the basis stated on the record.

       SO ORDERED.

Dated:      January 25, 2008

                                                       Lewis A. Kaplan
                                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08