

**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S): GOETZ FITZPATRICK LLP    PH: 212-695-8100
ADDRESS: ONE PENN PLAZA, 44TH FLOOR  NEW YORK NY 10119    File No.:

COUNTY OF



INDEX # : 08-CV-00539
Date Filed: January 16, 2008

*QUANTUM CORPORATE FUNDING, LTD*

Plaintiff(s)/Petitioner(s)

vs

*WESTWOOD DESIGN/BUILD INCORPORATED, ET AL*

Defendant(s)/Respondent(s)

STATE OF **Ohio**, COUNTY OF **Montgomery** SS.: **AFFIDAVIT OF SERVICE**

**Antonio M. Green**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **1-24-2008** at **10:45 AM**,
at **3232 NEWMARK DR, MIAMISBURG, OH 45342**, deponent served the within
Summons in a Civil Action and Complaint, Order To Show Cause & Temporary Restraining Order

on: **NATIONAL CITY MORTGAGE INC.**, **Defendant** therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒ By delivering thereat a true copy of each to **Dino Camomott (Legal Counsel)** personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** ☐ On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___.

**#6 DESCRIPTION** ☐ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: **M**  Color of skin: **W**  Color of hair: **Blk**  Age: **36**  Height: **5/9**
Weight: **175**  Other Features: ___

**#7 WIT. FEES** ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** ☐ Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** ☐

Sworn to before me on **1/24/2008**

*Christine Barber* (signature)
Notary Public

CHRISTINA BARBER
Notary Public, State of Ohio
My Commission Expires Oct. 1, 2012

WKC.
*(signature)*
Please Print Name Below Signature

Invoice;Work Order # 0150248

**Antonio M. Green**