COUNTY OF

**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S): GOETZ FITZPATRICK LLP   PH: 212-695-8100
ADDRESS: ONE PENN PLAZA, 44TH FLOOR NEW YORK NY 10119   File No.:

INDEX #: 08-CV-00539
Date Filed: January 16, 2008

*QUANTUM CORPORATE FUNDING, LTD*

Plaintiff(s)/Petitioner(s)

vs

*WESTWOOD DESIGN/BUILD INCORPORATED, ET AL*

Defendant(s)/Respondent(s)

STATE OF _____, COUNTY OF _____ SS.:   **AFFIDAVIT OF SERVICE**

J. Matthews Manlich , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On January 23, 2008 at 2:00 PM,
at 715 EAST MAPLE RD, Linthicum Heights, MD 21090, deponent served the within
Summons in a Civil Action and Complaint, Order To Show Cause & Temporary Restraining Order

on: DAVID R. WARFIELD , Defendant therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [x] By delivering a true copy of each to Mrs. D. Warfield, wife, a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [x] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

**#6 DESCRIPTION** [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: F   Color of skin: White   Color of hair: Dark   Age: 38   Height: 5'5"
Weight: 146   Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [x] Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on January 23, 2008

_Betty A. Brown_
Notary Public
EXP: 12/19/2011

Please Print Name Below Signature
J. MATTHEWS MANLICH
Invoice-Work Order # 0150250