## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

     Joy Speights, being duly sworn, deposes and says, deponent is not a party to the action, is over the age of 18 years and resides in Staten Island, New York and on the 1st day of February, 2008 served the within **AMENDED COMPLAINT** upon:

Richard B. Rosenblatt, P.C.
30 Courthouse Square, Room 302
Rockville, Maryland 20850

Westwood/Design/Build Incorporated
12109 Gordon Avenue
Beltsville, Maryland 20705

National City Mortgage, Inc.
3232 Newmark Drive
Miamisburg, Ohio 45342

David R. Warfield
715 East Maple Road
Linthicum Heights, Maryland 21090

by depositing a true copy of same in a properly addressed, postpaid envelope in an official depository of the United States Post Office within the State of New York.

                                                              _____
                                                              JOY SPEIGHTS

Sworn to before me on this
1st day of February, 2008

BERNARD KOSROFF
NOTARY PUBLIC, State of New York
No. 4603478
Qualified in Westchester County
Commission Expires May 31, 2010

_____
Notary Public

W:\Uspeight\affidavits of service\AFFIDAVIT OF SERVICE for motion.wpd