UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

      Plaintiff,

  vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

      Defendants.
-----------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

STIPULATION EXTENDING
TIME TO ANSWER, MOVE
OR PLEAD

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff Quantum Corporate Funding, Ltd. and defendant National City Mortgage, that National City Mortgage shall have until on or before February 29, 2008, to answer, move, or otherwise plead in response to the Amended Complaint filed in this matter.

Dated: February 8, 2008

GOETZ FITZPATRICK, LLP

By: _____
Bernard Kobroff, Esq. (BK 0101)
Attorneys for Plaintiff
Quantum Corporate Funding, Ltd.
One Penn Plaza, 44th Floor
New York, New York 10119
(212) 695-8100

McCARTER & ENGLISH, LLP

By: _____
Marisa J. Steel, Esq. (MS 7481)
Attorneys for Defendant
National City Mortgage
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

SO ORDERED:

_____
Hon. Lewis A. Kaplan, U.S.D.J.

ME1 7121283v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,                 Civil Action No. 08-cv-0539
                                                 (LAK) (HBP)
                    Plaintiff,

          vs.                                    **CERTIFICATE OF SERVICE**

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                    Defendants.
-------------------------------------------------------------------X

  I hereby certify that on the 14th of February, 2008, I caused a true and correct copy of the foregoing Stipulation Extending Time to Answer, Move or Plead to be served upon the following via the Court's Electronic Case Filing system:

Bernard Kobroff, Esq.
Goetz Fitzpatrick, LLP
One Penn Plaza, 44th Floor
New York, New York  10119

*Attorneys for Plaintiff Quantum*
*Corporate Funding, Ltd.*

| Dated: February 14, 2008 | /s/ Marisa J. Steel |
|---|---|
| | Marisa J. Steel (MS7481) |

ME1 7141967v.1