UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                      Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                      Defendants.
-----------------------------------------------------------------

NATIONAL CITY MORTGAGE,

                      Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                      Third-Party Defendant.
-----------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

**DEFENDANT NATIONAL CITY MORTGAGE'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

    TO THIS HONORABLE COURT:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant/Third-Party Plaintiff National City Mortgage (incorrectly pleaded as "National City Mortgage Inc.") states that it is a division of National City Bank, which is a wholly owned subsidiary of National City Corporation, a Delaware corporation whose shares are publicly traded on the New York Stock Exchange.

ME1 7171354v.1

Dated: February 29, 2008
      Newark, New Jersey

                                        Respectfully submitted,

                                        **McCARTER & ENGLISH, LLP**

                                        By: _____
                                              Marisa J. Steel, Esq. (MS7481)
                                        Four Gateway Center
                                        100 Mulberry Street
                                        Newark, New Jersey 07102
                                        Tel.: (973) 622-4444
                                        Fax: (973) 624-7070
                                        *Attorneys for Defendant/Third-Party Plaintiff*
                                        *National City Mortgage*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                      Plaintiff,

          vs.                                  Civil Action No. 08-cv-0539
                                             (LAK) (HBP)

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,
                                             **CERTIFICATE OF SERVICE**

                    Defendants.
------------------------------------------------------------------
NATIONAL CITY MORTGAGE,

                  Third-Party Plaintiff,

          vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                  Third-Party Defendant.
------------------------------------------------------------------X

       I, Marisa Steel, an attorney duly admitted to practice law before this Court, hereby certify as follows:

       1.     On the 29th of February, 2008, I caused a true and correct copy of the foregoing Defendant National City Mortgage's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 to be served upon the following counsel of record for Plaintiff via the Court's Electronic Case Filing system, fax and regular mail:

    Bernard Kobroff, Esq.
    Goetz Fitzpatrick, LLP
    One Penn Plaza, 44th Floor
    New York, New York 10119
    Fax: (212) 629-4013

2.    On the 29th of February, 2008, I caused a true and correct copy of the foregoing Defendant National City Mortgage's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 to be served upon co-defendants Westwood Design/Build Incorporated, David Warfield, and Penn Lyon Homes Corporation and Third-Party Defendant Michael Conrad via overnight mail at the following addresses:

> Westwood Design/Build Incorporated
> 12109 Gordon Avenue
> Beltsville, Maryland 20705
>
> David R. Warfield
> 715 East Maple Road
> Linthicum Heights, Maryland 21090
>
> Penny Lyon Homes Corporation
> 195 Airport Road
> Selinsgrove, Pennsylvania 17870
>
> Mr. Michael Conrad
> 12109 Gordon Avenue
> Beltsville, Maryland 20705

| Dated: February 29, 2008<br>Newark, New Jersey | /s/ Marisa J. Steel<br>Marisa J. Steel (MS7481) |
|---|---|

ME1 7176849v.1