

**COUNTY OF**

**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

INDEX #: 08-CV-00539
Date Filed: January 16, 2008

ATTORNEY(S): GOETZ FITZPATRICK LLP   PH: 212-695-8100
ADDRESS: ONE PENN PLAZA, 44TH FLOOR  NEW YORK NY 10119   File No.:

*QUANTUM CORPORATE FUNDING, LTD*

Plaintiff(s)/Petitioner(s)

vs

*WESTWOOD DESIGN/BUILD INCORPORATED, ET AL*

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF _Penna_, COUNTY OF _Phila_ SS.:

_Donald Dougherty_, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On _Feb 20 2008_ at _9:35 AM_, deponent served the within at _195 AIRPORT RD, SELLINSGROVE, PA 17870_
Summons in a Civil Action and Amended Complaint

on: _PENN LYON HOMES CORPORATION_, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [✓] By delivering thereat a true copy of each to _Beverly Weiner Owner_ personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

**#6 DESCRIPTION** [✓] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _F_   Color of skin: _White_   Color of hair: _Blond_   Age: _65_   Height: _5'6"_
Weight: _110_   Other Features: _____
(use with #1, 2 or 3)

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [ ] Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on _Feb 22, 2008_

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
GERARD C. MENICHINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 14, 2010

Please Print Name Below Signature
_Donald Dougherty_
Invoice·Work Order # 0151184