# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

     Ahalia Mangar , being duly sworn, deposes and says, deponent is not a party to the action, is over the age of 18 years and resides in Queens, New York and on the 3rd day of March 2008, served the within **CORRECTED AMENDED COMPLAINT** upon:

    **Marisa Steel**
    **McCarter and English, LLP**
    **Four Gateway Center**
    **100 Mulberry Street**
    **Newark, New Jersey 07102**

    **Westwood/Design/Build Incorporated**
    **12109 Gordon Avenue**
    **Beltsville, Maryland 20705**

    **Penn Lyon Homes Corporation**
    **195 Airport Road**
    **Selingrove, Pennsylvania 17870**

    **David R. Warfield**
    **715 East Maple Road**
    **Linthicum, Maryland 21090**

    **Michael Conrad**
    **12109 Gordon Avenue**
    **Beltsville, Maryland 20705**

by depositing a true copy of same in a properly addressed, postpaid envelope in an official depository of the United States Post Office within the State of New York.

                                           AHALIA MANGAR

Sworn to before me on this
3rd day of March, 2008

_____
Notary Public