UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

-against-                               08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD, INC., et ano,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        By order dated March 3, 2008, the Court deemed plaintiff's motion for a preliminary injunction abandoned and dismissed the action for lack of subject matter jurisdiction, the latter because plaintiff had failed to file an amended complaint adequately alleging the requisite jurisdictional facts.

        It has come to the Court's attention that a sufficient amended complaint was filed with the Clerk manually on February 19 but not docketed until March 11. This delay is inexplicable, but certainly not plaintiff's fault. Accordingly, so much of the March 3 order as dismissed the action for want of jurisdiction is vacate. The Clerk shall reopen the case.

        SO ORDERED.

Dated:        March 11, 2008

                                                Lewis A. Kaplan
                                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08