UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                                Plaintiff,          Civil Action No. 08-cv-0539
                                                                 (LAK) (HBP)
                  vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES          **MOTION TO ADMIT**
CORPORATION,                                                     **COUNSEL *PRO HAC VICE***

                                Defendants.
-----------------------------------------------------------------
NATIONAL CITY MORTGAGE,

                        Third-Party Plaintiff,

                  vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                        Third-Party Defendant.
-----------------------------------------------------------------X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam N. Saravay, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Thomas F. Doherty, Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102
        ph: 973-622-4444
        fax: 973-624-7070

       Thomas F. Doherty is a member in good standing of the Bars of the State of New Jersey,

ME1 7168254v.1

the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

There are no pending disciplinary proceedings against Thomas F. Doherty in any State or Federal court.

Dated: February 29, 2008
      Newark, New Jersey

                              Respectfully submitted,

                              **McCARTER & ENGLISH, LLP**

                              By: _____
                                  Adam N. Saravay, Esq. (AS7203)
                              Four Gateway Center
                              100 Mulberry Street
                              Newark, New Jersey 07102
                              Tel.: (973) 622-4444
                              Fax: (973) 624-7070
                              *Attorneys for Defendant and Third-Party*
                              *Plaintiff National City Mortgage*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                         Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                         Defendants.
-------------------------------------------------------
NATIONAL CITY MORTGAGE,

                         Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                         Third-Party Defendant.
-----------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

**AFFIDAVIT OF ADAM N.
SARAVAY IN SUPPORT OF
MOTION TO ADMIT
COUNSEL *PRO HAC VICE*** 

STATE OF NEW JERSEY  )
                                ) ss:
COUNTY OF ESSEX       )

      Adam N. Saravay, being duly sworn, hereby deposes and says as follows:

      1.    I am a partner with the law firm of McCarter & English, LLP, counsel for Defendant and Third-Party Plaintiff National City Mortgage ("NCM") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of NCM's motion to admit Thomas F. Doherty as counsel *pro hac vice* to represent NCM in this matter.

ME1 7172126v.1

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1990. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thomas F. Doherty since 1993.

4. Mr. Doherty is an partner in the law firm of McCarter & English, LLP in Newark, New Jersey.

5. I have found Mr. Doherty to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Thomas F. Doherty, *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Thomas F. Doherty, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Thomas F. Doherty, *pro hac vice*, to represent National City Mortgage in the above captioned matter, be granted.

ME1 7172126v.1

Dated: February 29, 2008
     Newark, New Jersey

                                          Respectfully submitted,

                                          **McCARTER & ENGLISH, LLP**

                                          By: _____
                                              Adam N. Saravay, Esq. (AS7203)
                                          Four Gateway Center
                                          100 Mulberry Street
                                          Newark, New Jersey 07102
                                          Tel.: (973) 622-4444
                                          Fax: (973) 624-7070
                                          *Attorneys for Defendant and Third-Party*
                                          *Plaintiff National City Mortgage*

Sworn and subscribed
to me this 29th day of February, 2008

_____
Notary Public

KELLEY STROTHER
A Notary Public of New Jersey
My Commission Expires July 29, 2009

ME1 7172126v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                                       Plaintiff,           Civil Action No. 08-cv-0539
                                                                   (LAK) (HBP)
     vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES         **ORDER FOR ADMISSION**
CORPORATION,                                                      ***PRO HAC VICE***
                                         Defendants.          **ON WRITTEN MOTION**
-------------------------------------------------------------
NATIONAL CITY MORTGAGE,

                                      Third-Party Plaintiff,

     vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                                      Third-Party Defendant.
-------------------------------------------------------------------X

      Upon the motion of Adam N. Saravay, attorney for Defendant and Third-Party Plaintiff National City Mortgage ("NCM"), and said sponsor attorney's affidavit and the declaration of Thomas F. Doherty submitted in support of this motion;

      **IT IS HEREBY ORDERED** that

           Thomas F. Doherty, Esq.
           McCarter & English, LLP
           Four Gateway Center
           100 Mulberry Street
           Newark, New Jersey 07102
           ph: 973-622-4444
           fax: 973-624-7070

ME1 7176999v.1

is admitted to practice *pro hac vice* as counsel for NCM in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

_____
Hon. Lewis A. Kaplan, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                      Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                      Defendants.
------------------------------------------------------------------

NATIONAL CITY MORTGAGE,

                      Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                      Third-Party Defendant.
------------------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

**DECLARATION OF
THOMAS F. DOHERTY**

       THOMAS F. DOHERTY, of full age, hereby declares, under penalty of perjury, as follows:

       1.    I am an attorney duly licensed to practice law in the State of New Jersey and am a partner with the firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102, counsel for defendant National City Mortgage in this action. I submit this Declaration in support of my motion for admission *pro hac vice* to the Bar of this Court for purposes of participating in this matter.

ME1 7177245v.1

2. In 1992, I was admitted to the Bar of the State of New Jersey, which is the state in which I am domiciled and in which I principally practice law. I am currently, and have always been since my admission, a member in good standing of the Bar of New Jersey. Attached as Exhibit A is a true copy of a Certificate of Good Standing from the Supreme Court of New Jersey. I am also admitted to practice before the United States District Court for the District of New Jersey (1992) and the United States Court of Appeals for the Third Circuit (1994). I am currently, and have always been since my admission, a member in good standing in those courts. In addition, I was admitted to practice before the Courts of the Commonwealth of Pennsylvania in 1992. Although I assumed voluntary inactive status in Pennsylvania in 1999 (because my practice was focused on matters in the state and federal courts of New Jersey and did not require me to appear in the courts of Pennsylvania), I have since been admitted *pro hac vice* to appear in the Pennsylvania Court of Common Pleas, Dauphin County. Within the past few years, I have also been admitted *pro hac vice* to appear in the United States District Court for the Southern and Eastern Districts of New York.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I have never been held in contempt of any court, nor have I ever been censured, suspended or disbarred by any court.

4. I have been requested to assist in the representation of defendant National City Mortgage with respect to all aspects of this case, including trial.

5. I understand and agree that I will be bound by all of the rules governing this Court.

6. Counsel for plaintiff has advised that he has no objection to my admission *pro hac vice* in this case.

2

7. In view of the foregoing, I respectfully request that I be admitted *pro hac vice* in accordance with Local Rule 1.3(c).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: Newark, New Jersey
February 29, 2008

*(signature)*
Thomas F. Doherty

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THOMAS FRANCIS DOHERTY** (No. 025611992) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1992** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 14TH day of February, 20 08

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                      Plaintiff,

vs.                                            Civil Action No. 08-cv-0539
                                                (LAK) (HBP)

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,                                   **CERTIFICATE OF SERVICE**

                      Defendants.
-------------------------------------------------------------
NATIONAL CITY MORTGAGE,

                      Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                      Third-Party Defendant.
------------------------------------------------------------------X

I, Marisa Steel, an attorney duly admitted to practice law before this Court, hereby certify that on the 12th of March, 2008, I caused a true and correct copy of the Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Adam N. Saravay in Support of Motion to Admit Counsel *Pro Hac Vice*, Declaration of Thomas F. Doherty, and Proposed Order for Admission *Pro Hac Vice* on Written Motion to be served upon the below listed parties via regular mail.

        Bernard Kobroff, Esq.
        Goetz Fitzpatrick, LLP
        One Penn Plaza, 44th Floor
        New York, New York  10119
        *Attorney for Plaintiff Quantum Corporate Funding, Ltd.*

ME1 7178097v.1

    Westwood Design/Build Incorporated
    12109 Gordon Avenue
    Beltsville, Maryland 20705

    David R. Warfield
    715 East Maple Road
    Linthicum Heights, Maryland 21090

    Penny Lyon Homes Corporation
    195 Airport Road
    Selinsgrove, Pennsylvania 17870

    Mr. Michael Conrad
    12109 Gordon Avenue
    Beltsville, Maryland 20705

| Dated: March 12, 2008<br>Newark, New Jersey | _/s/ Marisa J. Steel_<br>Marisa J. Steel (MS7481) |
|---|---|

ME1 7178097v.1