# MEMO ENDORSED

SCANNED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

     vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                Defendants.
-------------------------------------------------------------
NATIONAL CITY MORTGAGE,

                Third-Party Plaintiff,

     vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                Third-Party Defendant.
-------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

MAR 13 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam N. Saravay, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Thomas F. Doherty, Esq.
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    ph: 973-622-4444
    fax: 973-624-7070

SO ORDERED

LEWIS A. KAPLAN, USDJ

Thomas F. Doherty is a member in good standing of the Bars of the State of New Jersey,

ME1 7168254v.1

the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

There are no pending disciplinary proceedings against Thomas F. Doherty in any State or Federal court.

Dated: February 29, 2008
Newark, New Jersey

Respectfully submitted,

McCARTER & ENGLISH, LLP

By: _____
Adam N. Saravay, Esq. (AS7203)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: (973) 622-4444
Fax: (973) 624-7070
*Attorneys for Defendant and Third-Party Plaintiff National City Mortgage*

ME1 7168254v.1