# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of NEW YORK** | **County of SOUTHERN DISTRICT** | **United States District Court** |

Index Number: 08 CV 00539 (LAK) (HP)
Date Filed: 2/29/2008

Plaintiff:
**QUANTUM CORPORATE FUNDING, LTD.**

vs.

Defendant:
**WESTWOOD DESIGN/BUILD, ET AL**

For:
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Received by PRIORITY PROCESS to be served on **MICHAEL CONRAD, A/K/A MICHAEL CONRAD BROWN, 12109 GORDAN AVENUE, BELTSVILLE, MD 20705.**

I, William Malone, being duly sworn, depose and say that on the **26th day of April, 2008** at **7:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **THIRD PARTY SUMMONS, ANSWER, SEPARATE DEFENSES, CROSS-CLAIM AND THIRD-PARTY COMPLAINT ON BEHALF OF NATIONAL CITY MORTGAGE AND CORRECTED AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MICHAEL CONRAD, A/K/A MICHAEL CONRAD BROWN** at the address of: **12109 GORDAN AVENUE, BELTSVILLE, MD 20705**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 190, Hair: Black, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

William Malone
Process Server

Subscribed and sworn to before me on the 28th day of April, 2008 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2008004479
Ref: 099330-00011-4809

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

PLAINTIFF
QUANTUM CORPORATE FUNDING, LTD.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WESTWOOD DESIGN/BUILD INCORPORATED, DAVID R. WARFIELD, PENN LYON HOMES CORPORATION, defendants, and NATIONAL CITY MORTGAGE (incorrectly pleaded as "NATIONAL CITY MORTGAGE INC."), defendant/third-party plaintiff,

V. THIRD PARTY DEFENDANT

MICHAEL CONRAD a/k/a MICHAEL CONRAD BROWN.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 08 CV 00539 (LAK) (HP)

To: Name and address of Third Party Defendant

Michael Conrad
a/k/a Michael Conrad Brown
12109 Gordan Avenue
Beltsville, Maryland 20705

YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Bernard Kobroff, Esq.
Goetz Fitzpatrick LLP
One Penn Plaza, 44th Floor
New York, NY 10119

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Marisa J. Steel, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Attorneys for Defendant/Third-Party Plaintiff
National City Mortgage

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE: FEB 29 2008