# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Jessica Bejarano, being duly sworn, deposes and says, deponent is not a party to the action, is over the age of 18 years and reside in Kings County, New York and on the 3rd day of July, 2008, served the within **NOTICE OF MOTION, STATEMENT PURSUANT TO LOCAL RULE 56.1, AFFIDAVIT OF CRAIG SHEINKER, AND MEMORANDUM OF LAW**, upon:

    Scott H. Goldstein, Esq.
    Bonner Kiernan Treback & Crociata, LLP
    Empire State Building, Suite 3304
    New York, New York 10118

    Thomas F. Doherty, Esq.
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102

by depositing a true copy of same in a properly addressed, postpaid envelope in an official depository of the United States Post Office within the State of New York.

                                                    _____
                                                          Jessica Bejarano

Sworn to before me on this
3rd day of July, 2008

_____
    Notary Public

W:\bkobroff\Quantum\Westwood\AOS- Notice of Motion, Statement Local Rule 56.1, Aff. of C. Sheinker, MOL.wpd