UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,　　　　　Civil Action
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No. 08 CV00539 (LAK)(HBP)
　　　　　　　　　　　Plaintiff,

　　　　-against-

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES　　　**CERTIFICATE OF SERVICE**
CORPORATION,
　　　　　　　　　　　Defendants.
-------------------------------------------------------------X

NATIONAL CITY MORTGAGE, INC.,

　　　　　　　　　　　Third-Party Plaintiff,

　　　　-against-

MICHAEL CONRAD a/k/a MICHAEL CONRAD
BROWN,

　　　　　　　　　　　Third-Party Defendant.
-------------------------------------------------------------X

　　　　I, Bernard Kobroff, an attorney duly admitted to practice law before this Court, hereby certifies as follows:

　　　　1.　　On July 11, 2008, I caused a true and correct copy of (i) Request to Enter Defaults of Defendants Westwood Design/Build Inc. and David R. Warfield; (ii) the Affidavit of Bernard Kobroff, Esq.; and (iii) this Certificate of Service to be served upon the following counsel of record for defendants National City Mortgage Inc. and Penn Lyon Homes Corporation via the Court's Electronic Case Filing System and by regular mail:

　　　　Thomas F. Doherty, Esq.
　　　　McCarter & English, LLP
　　　　100 Mulberry Street
　　　　Four Gateway Center
　　　　Newark, New Jersey 07102

Scott H. Goldstein, Esq.
Bonner Kiernan Trebach & Crociata LLP
Empire State Building, Suite 3304
New York, NY 10118
Attorneys for Defendant Penn Lyon Homes Corporation

2. On July 11, 2008, I caused a true and correct copy of (i) the Request to Enter Defaults of Defendants Westwood Design/Build Inc. and David R. Warfield; (ii) the Affidavit of Bernard Kobroff, Esq.; and (iii) this Certificate of Service to be served upon defendants Westwood Design/Build Incorporated and David R. Warfield via Fed Ex at the following addresses:

Westwood Design/Build Incorporated
12109 Gordon Avenue
Beltsville, Maryland 20705

David R. Warfield
715 East Maple Road
Linthicum Heights, Maryland 21090

Dated: July 11, 2008
New York, New York

_____
Bernard Kobroff (BK 0101)

W:\bkobroff\Quantum\Westwood\Certificate of Service.doc