UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
QUANTUM CORPORATE FUNDING, LTD.,

           Plaintiff,

-against-                                    08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD, INC., et ano,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's application for a default judgment against defendants Westwood Design/Build, Inc., and David R. Warfield [DI 44-46] is granted. As this resolves all of the claims against these defendants and delay in the finality and enforceability of the judgment would work a hardship, the Court finds no just reason for delay and directs the Clerk to enter final judgment in favor of plaintiff and against these defendants, jointly and severally, in the amount of $347,000.

       SO ORDERED.

Dated:       July 30, 2008

                                                  /s/ Lewis A. Kaplan
                                               Lewis A. Kaplan
                                            United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```