UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
QUANTUM CORPORATE FUNDING, LTD.,

              Plaintiff,

    -against-                             08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD, INC., et ano,

              Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff moves for summary judgment awarding it the sum of $112,168.28 together with interest thereon from January 25, 2008 as against defendant Penn Lyon Homes Corporation ("Penn"). Penn has not responded to the motion although the time within which to do so has expired.

       In these circumstances, the well supported averments of plaintiff's Rule 56.1 Statement are deemed admitted. S.D.N.Y. CIV. R. 56.1(c). It therefore is plain that there is no disputed issue as to any material fact and that plaintiff is entitled to judgment as a matter of law. Accordingly, plaintiff's motion [DI 37] is granted in all respects.

       As this resolves all of plaintiff's claims against Penn and any delay in the finality and enforceability of its judgment against Penn would work an undue hardship, the Court hereby determines that there is no just reason for delay and directs the Clerk to enter final judgment in favor of plaintiff and against Penn in accordance with this order.

       SO ORDERED.

Dated:     July 30, 2008



                                             Lewis A. Kaplan
                                         United States District Judge