UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                    Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                    Defendants.
-----------------------------------------------------------------

NATIONAL CITY MORTGAGE,

                    Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                    Third-Party Defendant.
-----------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

STIPULATION EXTENDING
TIME TO OPPOSE MOTION
FOR SUMMARY JUDGMENT

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Plaintiff Quantum Corporate Funding, Ltd and Defendant Penn Lyon Homes Corporation ("PLH"), that the time within which the said Defendant PLH may file opposition to plaintiff's summary judgment is extended until September 5, 2008 to allow for sufficient discovery to be completed.

Dated: New York, New York
      July 30, 2008

MEI 7569641v.1

SO STIPULATED & AGREED:

GOETZ FITZPATRICK, LLP

By: _____
Bernard Kobroff, Esq.
Attorneys for Plaintiff

McCARTER & ENGLISH, LLP

By: _____
Thomas F. Doherty, Esq.
Attorney for Defendant/
Third-Party Plaintiff
National City Mortgage

BONNER KIERNAN TREBACH
& CROCIATA LLP

By: _____
Scott H. Goldstein, Esq.
Attorney for Defendant
Penn Lyon Homes Corp.

2

ME1 7569641v.1