UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

QUANTUM

V.

PENN LYON HOMES CORP, ET AL
---------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 0539(LAK)(HP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
SUMMARY JUDGMENT
BRIEFING SCHEDULE

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: 8/5/08 - 9/2/08

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial. PITMAN

SO ORDERED.

DATED:  New York, New York
        8/5/08

                                            [signature]
                                            United States District Judge