UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUANTUM CORPORATE FUNDING, LTD<br><br>                Plaintiff,<br><br>-against-<br><br>WESTWOOD DESIGN/BUILD INCORPORATED, DAVID R. WARFIELD, NATIONAL CITY MORTGAGE, INC. and PENN LYON HOMES CORPORATION<br><br>                Defendants. | Docket No. 08 CV 00539(LAK) (HP)<br><br>**AFFIRMATION OF SERVICE** |

      I, Scott H. Goldstein, Esq. **declare under penalty of perjury** that I have served a copy of the attached Notice of Motion, Affirmation in Support and Memorandum of Law upon Bernard Kobroff, Esq. of Goetz Fitzpatrick, LLP whose address is One Penn Plaza, Suite 4401, New York, New York 10119 and Thomas F. Doherty, Esq. of McCarter & English, LLP whose address is Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102 via E-filing and regular mail.

Dated: New York, New York
         August 5, 2008

                                            Scott H. Goldstein, Esq.
                                            BONNER KIERNAN TREBACH
                                            & CROCIATA, LLP
                                            Attorneys for Defendant
                                            Penn Lyon Homes Corporation
                                            Empire State Building – Suite 3304
                                            New York, New York 10118
                                            Tel # (212) 268-7535
                                            Fax # (212) 268-4965