**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANTUM CORPORATE FUNDING, LTD

                Plaintiff,

-against-

WESTWOOD DESIGN/BUILD
INCORPORATED, DAVID R. WARFIELD,
NATIONAL CITY MORTGAGE, INC. and PENN
LYON HOMES CORPORATION

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/__

Docket No. 08 CV 00539(LAK)(HP)

ORDER TO SHOW CAUSE FOR A
STAY OF ENFORCEMENT OF
PLAINTIFF'S JUDGMENT
AGAINST DEFENDANT PENN
LYON HOMES AND DISCOVERY
PENDING DISPOSITION OF PENN
LYON HOMES'S MOTIONS
PURSUANT TO RULES 59 AND 60.

Upon the affirmation of Scott H. Goldstein, Esq. with exhibits and the accompanying memorandum of law, and upon all prior pleadings in this case, it is

ORDERED that plaintiff Quantum Corporate Funding, Ltd. ("Quantum") show cause before a motion term of this Court at Room 12D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on Sept. 3, 2008 at 4:15 p.m., o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rules 26, 62(b) and 65 of the Federal Rules of Civil Procedure permanently staying enforcement of Quantum's Judgment against defendant Penn Lyon Homes Corporation ("PLH") and staying all discovery proceedings pending the disposition of PLH's motions to vacate Quantum's judgment against it and for reconsideration of this Court's Order granting summary judgment against PLH in favor of Quantum; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of defendant PLH's application for a permanent stay of enforcement of the judgment and discovery pending disposition of PLH's motions, pursuant to Rules 26,

62(b) and 65, plaintiff is temporarily restrained and enjoined from enforcing its judgment against PLH ~~and from conducting any further proceedings~~, and it is further ORDERED ~~that~~ security in the amount of $125,000 shall be posted by Aug. 13, 2008 ~~and it is further~~

ORDERED that personal service of a copy of this order and annexed affirmation ~~book~~ upon Counsel for Quantum, co-defendant National City Mortgage, Inc on or before ~~is further~~ August 11, 2008 at 4 p.m. ~~o'clock in the ___ noon, on ___ 2008,~~ shall be deemed good and sufficient service thereof and it is further ORDERED That answering and reply papers shall be served and filed no later than Aug. 22 and Aug. 27, respectively.

Dated: New York, New York
August 8, 2008

_____
United States District Judge

Served at 2:45 pm