```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                Defendants.
------------------------------------------------------------

NATIONAL CITY MORTGAGE,

                Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                Third-Party Defendant.
------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

AMENDED SCHEDULING
ORDER

    THIS MATTER having come before the Court upon joint application of the parties who have appeared in this action, through their undersigned counsel, to adjust certain dates set forth in this Court's Scheduling Order entered on the docket on May 19, 2008, it is hereby,

    ORDERED that the Court's prior Scheduling Order be and is hereby amended such that the following schedule of deadlines shall now govern the further conduct of pretrial proceedings in this case:

    (a)    Completion of all discovery -- 9/12/08;

    (b)    Service of summary judgment motions -- 10/13/08; and

ME1 7569641v.1

    (c)    Filing of pretrial order, proposed jury instructions and requested *voir dire* questions - case ready for trial -- 10/13/08.

The following trial materials shall be filed at least ten days before trial:

    (a)    Trial brief stating the legal and factual issues and authorities relied upon and discussing any anticipated substantive or procedural problems; and

    (b)    Motions *in limine* to exclude evidence.

Motions *in limine* shall be made returnable at the time and date fixed for trial unless made at or prior to the date fixed for filing the pretrial order, in which case they shall be made without a return date and dealt with in accordance with the Court's individual rules or procedure. Papers in opposition to motions *in limine* made returnable on the trial date shall be filed at least three days before trial.

Dated:

_____
Hon. ~~Lewis A. Kaplan~~ R. Sullivan
United States District Judge
Part I

SO STIPULATED & AGREED:

GOETZ FITZPATRICK, LLP

By: _____
Bernard Kobroff, Esq.
Attorneys for Plaintiff

McCARTER & ENGLISH, LLP

By: _____
Thomas F. Doherty, Esq.
Attorney for Defendant/
Third-Party Plaintiff
National City Mortgage

BONNER KIERNAN TREBACH
& CROCIATA, LLP

By: _____
Scott H. Goldstein, Esq.
Attorney for Defendant
Penn Lyon Homes Corp.

2

MEI 7569641v.1