```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/8
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,
                Plaintiff,

08 CIVIL 0539 (LAK)

-against-

**DEFAULT JUDGMENT**

WESTWOOD DESIGN/BUILD, INC., et ano.,
                Defendants.
-------------------------------------------------------------X

#08/1459

    Plaintiff having moved for a default judgment against defendants Westwood Design/Build, Inc. and David R. Warfield, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on July 30, 2008, having rendered its Order that there is no just reason for delay, directing the Clerk of the Court to enter final judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $347,000, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2008, there is no just reason for delay, final judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $347,000.

**Dated:** New York, New York
         August 15, 2008

                                          **J. MICHAEL McMAHON**
                                              **Clerk of Court**
                **BY:**
                                                **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____