UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                     Plaintiff,

          vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                     Defendants.
-----------------------------------------------------------------------

NATIONAL CITY MORTGAGE,

                  Third-Party Plaintiff,

          vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                  Third-Party Defendant.
-----------------------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

**SO ORDERED STIPULATION
PERMITTING DEFENDANT
PENN LYON HOMES TO
DEPOSIT CASH SECURITY
INTO COURT STAYING
ENFORCEMENT OF
QUANTUM'S JUDGMENT
AGAINST PENN LYON**

THIS MATTER having come before the Court upon defendant Penn Lyon Homes

Corporation's ("PLH") motion seeking a stay of enforcement of the judgment obtained by

plaintiff Quantum Corporate Funding, Ltd ("Quantum") against PLH pending the resolution of

PLH's motion seeking vacatur and/or reconsideration of this Court's Order granting summary

judgment against PLH;

IT IS HEREBY ORDERED that PLH is permitted to deposit $125,000.00 cash, as security

for the Judgment, into the Court registry investment system into an interest bearing account by

Friday August 22, 2008; and

IT IS FURTHER ORDERED that upon PLH's deposit of the $125,000.00 cash security

with the Court, enforcement of Quantum's judgment is hereby stayed pending resolution of PLH's

motion seeking vacatur and/or reconsideration of this Court's Order granting summary judgment

against PLH.


Dated: _____

                                                      _____

                                                      Hon. Lewis A. Kaplan
                                                      United States District Judge

SO STIPULATED & AGREED:

GOETZ FITZPATRICK, LLP                  McCARTER & ENGLISH, LLP

By:_____            By:_____
     Bernard Kobroff, Esq.                     Thomas F. Doherty, Esq.
     Attorneys for Plaintiff                    Attorney for Defendant/
                                              Third-Party Plaintiff
                                            National City Mortgage


BONNER KIERNAN TREBACH
   & CROCIATA, LLP

By:_____
     Scott H. Goldstein, Esq.
     Attorney for Defendant
     Penn Lyon Homes Corp.

MEI 7569641v.1