## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

      Jessica Bejarano, being duly sworn, deposes and says, deponent is not a party to the action, is over the age of 18 years and reside in Kings County, New York and on the 18th day of August, 2008, served the within **DECLARATION IN OPPOSITION TO MOTION TO VACATE JUDGEMENT AND FOR OTHER RELIEF AND TO ORDER TO SHOW CAUSE TO STAY ENFORCEMENT and MEMORANDUM OF LAW**, upon:

Scott H. Goldstein, Esq.
Bonner Kiernan Treback & Crociata, LLP
Empire State Building, Suite 3304
New York, New York 10118

Thomas F. Doherty, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

by depositing a true copy of same in a properly addressed, postpaid envelope in an official depository of the United States Post Office within the State of New York.

                                                            Jessica Bejarano

Sworn to before me on this
18th day of August, 2008

_____
Notary Public

W:\bkobroff\Quantum\Westwood\AOS- Declaration in opposition.wpd