UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

vs.

WESTWOOD DESIGN/BUILD INCORPORATED,
DAVID R. WARFIELD, NATIONAL CITY
MORTGAGE INC., and PENN LYON HOMES
CORPORATION,

                Defendants.
----------------------------------------------------------

NATIONAL CITY MORTGAGE,

                Third-Party Plaintiff,

vs.

MICHAEL CONRAD, a/k/a MICHAEL CONRAD
BROWN,

                Third-Party Defendant.
----------------------------------------------------------X

Civil Action No. 08-cv-0539
(LAK) (HBP)

SO ORDERED STIPULATION PERMITTING DEFENDANT PENN LYON HOMES TO DEPOSIT CASH SECURITY INTO COURT STAYING ENFORCEMENT OF QUANTUM'S JUDGMENT AGAINST PENN LYON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

THIS MATTER having come before the Court upon defendant Penn Lyon Homes Corporation's ("PLH") motion seeking a stay of enforcement of the judgment obtained by plaintiff Quantum Corporate Funding, Ltd ("Quantum") against PLH pending the resolution of PLH's motion seeking vacatur and/or reconsideration of this Court's Order granting summary judgment against PLH;

IT IS HEREBY ORDERED that PLH is permitted to deposit $125,000.00 cash, as security for the Judgment, into the Court registry investment system into an interest bearing account by Friday August 22, 2008; and

ME1 7569641v.1

IT IS FURTHER ORDERED that upon PLH's deposit of the $125,000.00 cash security with the Court, enforcement of Quantum's judgment is hereby stayed pending resolution of PLH's motion seeking vacatur and/or reconsideration of this Court's Order granting summary judgment against PLH.

Dated: August 21, 2008

_____
Hon. Lewis A. Kaplan
United States District Judge

SO STIPULATED & AGREED:

GOETZ FITZPATRICK, LLP

By: _____
Bernard Kobroff, Esq.
Attorneys for Plaintiff

McCARTER & ENGLISH, LLP

By: _____
Thomas F. Doherty, Esq.
Attorney for Defendant/
Third-Party Plaintiff
National City Mortgage

BONNER KIERNAN TREBACH
& CROCIATA, LLP

By: _____
Scott H. Goldstein, Esq.
Attorney for Defendant
Penn Lyon Homes Corp.