UNITED STATES DISTRICT COURT
FOR THE, SOUTHERN DISTRICT OF NEW YORK

QUANTUM CORPORATE FUNDING, LTD

                Plaintiff,

-against-

WESTWOOD DESIGN/BUILD INCORPORATED, DAVID R. WARFIELD, NATIONAL CITY MORTGAGE, INC. and PENN LYON HOMES CORPORATION

                Defendants.
-------------------------------------------------------x
NATIONAL CITY MORTGAGE,

                Third-Party Plaintiff

-against-

MICHAEL CONRAD, a/k/a MICHAEL CONRAD BROWN,

                Third-Party Defendant

Docket No. 08 CV 00539(LAK) (HBP)

## CERTIFICATE OF SERVICE

    I, SCOTT GOLDSTEIN, an attorney duly admitted to practice law in the Courts of the State of New York do hereby certify under penalty of perjury that on August 25, 2008 a copy of Defendant's **Reply Memorandum of Law in Support of Motion to Vacate Judgment, for Reconsideration and To Extend Its Time to File Opposition to Plaintiff's Summary Judgment Motion Out of Time** and **Reply Declaration in Further Support of Motion to Vacate Judgment, Reconsideration and For Other Relief and Order to Show Cause to Stay Enforcement** were electronically filed and served by mailing same in a sealed envelope via overnight delivery addressed to the last known address of the addressee(s) listed below:

TO:

Bernard Kobroff, Esq.
**GOETZ FITZPATRICK, LLP**
One Penn Plaza – Suite 4401
New York, New York 10119
(212) 695-8100
*Attorneys for Plaintiff*

Thomas F. Doherty, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-2078
*Attorneys for Defendant
National City Mortgage*

Hon, Lewis A. Kaplan, USDJ
**DANIEL P, MOYNIHAN U.S.**
**COURTHOUSE**
Room 1310
500 Pearl Street
New York, New York 10007-1312

BONNER KIERNAN TREBACH
& CROCATA LLP

_____
Scott H. Goldstein (SG 8333)
Empire State Building - Suite 3304
New York, New York 10118
(212) 268-7535
Counsel for Defendant **PENN LYON HOMES CORPORATION**