UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

       -against-                     08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD, INC., et ano,

                Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The stipulation filed August 21, 2008, DI 68, resolves the motion brought on by Order to Show Cause, dated August 8, 2008, DI 60. Therefore, DI 60 is denied as moot.

      SO ORDERED.

Dated:      September 2, 2008

                                                        Lewis A. Kaplan
                                              United States District Judge