UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
QUANTUM CORPORATE FUNDING, LTD.,

                Plaintiff,

        -against-                            08 Civ. 0539 (LAK)

WESTWOOD DESIGN/BUILD, INC., et ano,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court adopts the report and recommendation of Magistrate Judge Henry B. Pitman [DI 85] to which no objections have been filed. The Clerk shall enter judgment against defendants Westwood Design/Build Incorporated, David R. Warfield, and Michael Conrad accordingly.

        SO ORDERED.

Dated:        December 21, 2010

                                                      Lewis A. Kaplan
                                            United States District Judge